AO 91 (Rev. 11/11) Criminal Complaint

# ATTACHMENT A

I, Aaron Green, being duly sworn, depose and state that:

1. I have been a Special Agent with the United States Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) since November of 2017. I am a graduate of the ATF National Academy Special Agent Basic Training Program and the Federal Law Enforcement Training Center, Criminal Investigator Training Program. I was a member of the Federal Air Marshal Service, with the Department of Homeland Security, from December 2010 to July 2016 and a graduate of the Federal Law Enforcement Training Center, Federal Air Marshal Training Program. I worked as a patrol officer for the Columbus Police Department in Columbus, Ohio, from December 2000 to December 2010, and from April 1998 to December 2000 I was employed as a patrol officer for the Suffolk Police Department in Suffolk, Virginia. As a result of my training and experience as an ATF Special Agent, I am familiar with federal criminal laws pertaining to firearms violations. As a Special Agent, I am also authorized to carry firearms, execute warrants, make arrests for offenses against the United States, and perform other such duties as authorized by law.

2. This affidavit is made in support of a criminal complaint against Thomas M. DEVELIN, for violations of the following statutes:

   - 18 U.S.C. § 922(a)(1)(A), Engaging in the Business Without a License (Firearms) – unless a person is a licensed importer, manufacturer or dealer, it is unlawful to engage in the business of importing, manufacturing, or dealing in firearms, or in the course of such business to ship, transport, or receive any firearm in interstate or foreign commerce;

   - 18 U.S.C. § 922(o), Illegal Possession of a Machine Gun – it shall be unlawful for any person to transfer or possess a machinegun absent specific exceptions not pertinent herein;

   - 26 U.S.C. § 5861(a), Failure to Register as a Dealer, Manufacturer, or Importer, or to Pay Required Tax – it shall be unlawful for any person to engage in business as a manufacturer or importer of, or dealer in, firearms without having paid the special tax required by 26 U.S.C. § 5801 for his business or having registered as required by 26 U.S.C. § 5802;

   - 26 U.S.C. § 5861(c), Receipt or Possession of Firearm Made in Violation of NFA – it shall be unlawful for any person to receive or possess a firearm made in violation of the provisions of Chapter 53, Title 26;

   - 26 U.S.C. § 5861(f), Make a Firearm in Violation of NFA – it shall be unlawful for any person to make a firearm in violation of the provisions of Chapter 53, Title 26.

The statements in this affidavit are based upon my training and experience, consultation with other experienced investigators and agents, review of related police reports, and other sources of information relative to firearms investigations. This affidavit is intended to set

AO 91 (Rev. 11/11) Criminal Complaint

forth probable cause in support of the criminal complaint and does not purport to set forth all of my knowledge regarding this investigation.

3. In or about March 2022, the Columbus Ohio Division of Police Counter Terrorism Unit initiated an investigation into Discord chat messages provided by the Ohio Statewide Terrorism and Analysis Center and Ohio Army National Guard. Discord is an instant messaging social platform that allows users to communicate via talk, text, and video. Based upon the screenshots of these messages, which date back to approximately October 2021, and a follow-up investigation, members of the group are largely part of the Ohio Army National Guard and used a Discord chat group to communicate with each other. Thomas M. DEVELIN was a major contributor to the messages exchanged on the Discord chat group.

4. Your affiant notes that DEVELIN was enlisted with the Ohio National Guard at the time of these events and also employed for the security company Sahara Global Security. Sahara Global is a private security company which often provides armed security to various Jewish facilities throughout the Columbus area.

5. An examination of the screenshots recovered from the Discord messages revealed a large quantity of antisemitic, white nationalist, racist, and misogynistic content that is consistent with that of racially motivated violent extremist and incel violent extremist content. As the investigation continued, and as set forth in greater detail below, investigators discovered similar content in the form of pictures and posts on DEVELIN's Snapchat account as well.

AO 91 (Rev. 11/11) Criminal Complaint

6. DEVELIN, using the screen name Patrick Bateman[1], posted the following antisemitic messages on the Discord group chat:

    a. On September 27, 2021, DEVELIN created and posted the following photo in reference to a possible active shooter situation at the Jewish synagogue where he was working at the time:



    b. On January 28, 2022, DEVELIN posted a photo of Temple Beth Shalom synagogue, located in New Albany, Ohio, with the text, "The holocaust didn't happen," and "If anything I'll scream 6 million wasn't enough."

---

[1] Your affiant is aware, and DEVELIN acknowledged in a post-Mirandized interview, that Patrick Bateman is a fictional character and the villain protagonist and narrator of the novel American Psycho.

AO 91 (Rev. 11/11) Criminal Complaint





c. On March 11, 2022, DEVELIN posted, "I'm at a Jewish school and I'm about to make it everyone's problem." Shortly after stating, "The playground is about to turn into a self-defense situation." In the context of the group chat, a "self-defense situation" is clearly referenced multiple times and is meant to be a reference to being involved in a shooting. He also posted, "Simultaneously I will shoot the next parent dropping their kid off at the school. Really need to get on their radar at the ATF that we aren't fucking around." Accompanied with these posts was a photo depicting a Glock handgun on his lap.



AO 91 (Rev. 11/11) Criminal Complaint

7.  DEVELIN also made the following antisemitic posts on his Snapchat account:

    a.  On November 21, 2021, DEVELIN created and posted a Snapchat video of himself sniffing a rifle. In the video DEVELIN says, "This one smells like dead Jews". The following is a screenshot of a portion of that video:



    b.  On November 21, 2021, DEVELIN created and posted a Snapchat video titled "Jewish Women" in which he was holding a firearm aimed in the direction of unknown individuals. Employment records from Sahara Global LLC, where DEVELIN worked, indicate DEVELIN was working at Temple Israel, located in

AO 91 (Rev. 11/11) Criminal Complaint

Columbus, Ohio, at the time of the video. The following is a screenshot of a portion of that video:



c. On March 11, 2022, DEVELIN took the following Snapchat photo displaying a firearm at a Jewish school. Geolocation data from Snapchat indicates DEVELIN was at the Columbus Torah Academy, located in Columbus, Ohio, at the time the photo was taken. The CEO of the security company where DEVELIN was employed confirmed that DEVELIN predominately worked at religious locations and identified the Glock 19X posted by DEVELIN in the picture below as belonging to DEVELIN. The photograph was also displayed in the Discord chat group.

AO 91 (Rev. 11/11) Criminal Complaint



8. On Discord, DEVELIN also posted the following racist messages in the chat group:

    a. On February 5, 2022, DEVELIN posted, "we're about to hunt niggers on night patrol in Columbus. Someone's gotta work the beat and hold the line."

AO 91 (Rev. 11/11) Criminal Complaint

b. On February 17, 2022, DEVELIN posted the following image:



9. On Discord, DEVELIN posted the following misogynistic messages:

a. On December 13, 2021, DEVELIN posted the following image:



AO 91 (Rev. 11/11) Criminal Complaint

    b.  On January 2, 2022, DEVELIN posted the following image:



**Rape:**

Is free.

Is natural.

Can pick the sexiest women.

Arousing struggle and tight holes.

No faking. Real screams.

Women who get raped will feel beautiful and loved cause you risked years in prison to fuck them.

**Sex:**

Costs money.

Is social invention. Cavemen did not ask permission from holes.

Only roasties make the choice

Like fucking a dead fish.

Moans faker than holocaust.

Women have more fun painting their nails than having sex.

    c.  On February 8, 2022, DEVELIN posted, "I've become so radicalized against women that I've forgotten how to act rationally around them when one of them decides it's a good idea to speak to me."

AO 91 (Rev. 11/11) Criminal Complaint

d.   On February 17, 2022, DEVELIN posted the following image:



e.   On February 18, 2022, DEVELIN posted the following image:



AO 91 (Rev. 11/11) Criminal Complaint

10. DEVELIN posted the following messages on Discord concerning terrorism or terroristic threats:

    a.  On October 18, 2021, DEVELIN posted the following image:



    b.  On December 16, 2021, DEVELIN and Person A also discussed traveling to John Glenn airport. Person A stated he would go to any towers that happen to be close together. DEVELIN suggested the brewery off of Interstate 270, which is a Budweiser manufacturing facility. DEVELIN posted pictures of the facility and Person A replied that he, "Hope they got a terrorism insurance plan the day before. My elven overlords bid me to destroy the tower." Your affiant believes this conversation was in reference to the September 11, 2001 terrorist attacks perpetrated on the Twin Towers in New York. In part as a result of these acts, DEVELIN has been charged in the Franklin County Court of Common Pleas with 2 counts of Making Terroristic Threats, 2 counts of Possession of a Dangerous Ordnance, and 1 count of Tampering With Evidence.

AO 91 (Rev. 11/11) Criminal Complaint

    c.  On December 21, 2021, DEVELIN posted, "Ight, time to turn wright pat airbase into Fort hood in 2009."



    Your affiant believes the post is in reference to the November 5, 2009 domestic terrorist attack in which 13 people were killed and more than 30 others were wounded, nearly all of them unarmed soldiers, when a U.S. Army officer went on a shooting rampage at Fort Hood in central Texas. The deadly assault, carried out by Major Nidal Malik Hasan, an Army psychiatrist, was the worst mass shooting at a U.S. military installation.

    d.  On March 15, 2022, DEVELIN posted, "If the military actually ever decides to crack down on extremists, they're going to have to kick at least half of us out".

11. On March 31, 2022, law enforcement executed search and arrest warrants at the residence of DEVELIN, an apartment on Brentwood Circle, Columbus, Ohio. Review of a cell phone seized during execution of the warrants showed that on March 12, 2022, DEVELIN conducted a cellular phone web search for the Christchurch New Zealand Terrorist Mosque Attack from 2019 which was committed by Brenton Tarrant. Tarrant wrote words and phrases on the firearms and magazines reflecting extreme right-wing and ethno-nationalist ideology using short-hand terms intended to be recognizable and meaningful to those aligned with that same ideology. On December 9, 2021, DEVELIN made a video showing a modified AR15 magazine to mimic this (see screenshots from the video below). Additionally, the CPD Digital Forensics Unit (DFU) conducted a full forensic extraction of DEVELIN'S Lenovo Laptop computer which was seized on March 31, 2022. The examination showed matching results/web related searches for the Christchurch New Zealand Terrorist Mosque Attack at least 87 times.

AO 91 (Rev. 11/11) Criminal Complaint



video



AO 91 (Rev. 11/11) Criminal Complaint





AO 91 (Rev. 11/11) Criminal Complaint

12. On several occasions DEVELIN posted videos to his Snapchat account depicting him pointing firearms at unknown persons, including the following:

    a.  On November 18, 2022, DEVELIN created and recorded a Snapchat video showing an unknown individual walking a dog as DEVELIN pointed a rifle at the person from his balcony. The following is a screenshot of a portion of that video:



AO 91 (Rev. 11/11) Criminal Complaint

b. On November 28, 2021, DEVELIN posted the following Snapchat photo of a rifle inside his residence pointed out at houses/apartments across from his location:



c. On February 24, 2022, at 6:39 a.m., DEVELIN created and posted a Snapchat video of him driving on an unknown roadway as he zooms his camera in on what appears to be a law enforcement vehicle while pointing a firearm at the vehicle. At 6:41 a.m., DEVELIN posted another video in which he stated, "Some lady honked at me while I was holding my gun in my hand because I was swerving, and I look over next to her as she passes me with a gun in my hand and then she stopped trying to

16

AO 91 (Rev. 11/11) Criminal Complaint

pass me and got back behind me instead. Weird." The following is a screenshot of a portion of that video:



13. In a prior incident, the Morgan County Sheriff's Office seized firearms belonging to DEVELIN. On January 25, 2022, in the Discord chat, DEVELIN and Person A also discussed the possibility of getting some of DEVELIN's guns back from the Morgan County Sheriff's Office. DEVELIN posted a photo displaying the application of war paint for when he goes to the sheriff's office, and Person A replied with, "No survivors". The conversation also included statements that a deputy's entire family should be killed, and the corpses should be hung for all to see. The following posts are from the Discord chat group:



AO 91 (Rev. 11/11) Criminal Complaint



AO 91 (Rev. 11/11) Criminal Complaint



AO 91 (Rev. 11/11) Criminal Complaint



**financially responsible** Today at 11:25 AM
I got his HOR from whitepages and cross referenced his info from LinkedIn and the Morgan county sheriff's website. His desk phone matches the profile and the address is on the profile. Time to pay the ol boy a little visit.

Local law enforcement are people just like you with families and addresses....



**financially responsible** Today at 11:28 AM
His closest neighbor is a quarter mile away....



**financially responsible** Today at 11:30 AM
The land across the street of his home is elevated with an ATV trail leading up to the edge for an elevated shooting position.



**financially responsible** Today at 11:32 AM
With plenty of way to gain access from main roads in McConnellsville.
@ [REDACTED] can I borrow your carcano? I have a grassy knoll to overlook.



**financially responsible** Today at 11:37 AM
I'll probably just snipe the family through the large living room window, and cut landlines before I do so.
Or I could just burn the house down.

AO 91 (Rev. 11/11) Criminal Complaint

14. DEVELIN also posted and texted frequently about his manufacture, possession, and selling of firearms, as described below:

    a. On February 7, 2022, DEVELIN posted on Discord that "'It's all the same charge after the first felony' I realized that after I didn't feel like turning my bump stock in."



    b. On February 8, 2022, DEVELIN also posted in the Discord chat group a photo of a 3D printed Glock and attempted to sell it for $400:



AO 91 (Rev. 11/11) Criminal Complaint

15. On March 31, 2022, as noted above, Investigators executed search and arrest warrants at DEVELIN's residence in Columbus, Ohio. DEVELIN was located inside and taken into custody on state charges. Upon a search of the residence, multiple firearms were discovered, along with a 3D printer known to investigators as a Privately Made Firearm (PMF) "Ghost Gun" printer. From my training and experience, I know that "Ghost Guns" are untraceable homemade weapons that can be made in whole or in part with a 3D printer. Investigators also discovered multiple firearms manufacturing materials inside the residence.

16. While in custody, your affiant interviewed DEVELIN who had previously been Mirandized and agreed to speak with your affiant. The following is a synopsis of the video recorded interview:

    a. DEVELIN stated that he began making Ghost Guns around 2020 with the intent to sell them for profit. DEVELIN conducted the research online and purchased the 3D printer to manufacture the Ghost Guns to sell to people he knew. DEVELIN stated that he did not advertise them on any online sources, and he was still in possession of at least four of the eight or so that he manufactured.

    b. DEVELIN stated that on Monday, March 28, 2022, he knew law enforcement may be coming for him and he went to the residence/cabin of Person A, located on Goshen Run, Chesterhill, Ohio, which is in the Southern District of Ohio, to hide multiple Ghost Guns, a Bump Stock, an unfinished firearm frame, and a Military Improvised Explosive Devices (IED) instruction manual. DEVELIN placed them in a tote and hid them in the tree line on the property under a blanket, which DEVELIN pointed to on a map provided by me. DEVELIN stated the cabin belonged to Person A's family and that Person A was also present at the residence when he arrived and was aware of the items that were placed on his property.

    c. DEVELIN stated that on Tuesday, March 29, 2022, he returned to Person A's residence to burn other illegal firearms parts in a firepit, located on Person A's property. DEVELIN stated he burned the items because he did not want to have them in his possession.

    d. DEVELIN also stated that he manufactured and sold six "lowers" that he knew were illegal to an unknown individual he met through a mutual acquaintance.

    e. DEVELIN acknowledged that he was one of the people on the Discord chat group that that he had been in additional chats relating to firearms manufacturing and that he was not proud of the things he wrote in the chat. DEVELIN also voluntarily wrote down multiple online sites where he obtained firearms/Ghost Gun information that would be found on his cell phone and computer.

17. On April 4, 2022, ATF executed a federal search warrant at an address on Goshen Run Rd., which includes Person A's property. During the search, a Federal Canine Agent and dog were deployed to assist with the search of the items. The dog sniffed around the firepit where DEVELIN stated various items were burned days prior. The dog alerted to items

AO 91 (Rev. 11/11) Criminal Complaint

within the firepit and a partially burned ammunition box and some unknown metal parts were recovered as evidence. The Federal Canine Agent and dog then went over to a trash pile in a tree line area that DEVELIN pointed out as the place DEVELIN had hidden multiple firearms, a bump stock, and two IED Manuals. The dog alerted on a clear Sterlite "Tote" box which had a black garbage bag inside. The tote was found under a piece of carpet. SA Green looked inside the garbage bag and observed multiple firearms, firearms parts, and the IED manuals as DEVELIN described in his interview.

18. On April 1, 2022, the CPD Digital Forensics Unit (DFU) conducted a full forensic extraction of DEVELIN'S Samsung SM-G991U cellular device, which was seized on March 31, 2022, at DEVELIN's residence. The following screen shots were taken from the extraction which show some of the illegal firearm manufacturing and sales messages and photos between DEVELIN and others:

AO 91 (Rev. 11/11) Criminal Complaint



a. The auto sear, known by various trade names including "AR15 Auto Sear," "Drop In Auto Sear," and "Auto Sear II," is a combination of parts designed and intended for use in converting a weapon to shoot automatically more than one shot, without manual reloading, by a single function of the trigger. Consequently, the auto sear is a machinegun as defined by 26 U.S.C. § 5845(b).

AO 91 (Rev. 11/11) Criminal Complaint

b.  A lower receiver (frame) is that part of a firearm which provides housing for the hammer, bolt or breechblock, and firing mechanism, and which is usually threaded at its forward portion to receive the barrel.



28 usable sears from 1 batch. 1 siamese triplet.

AO 91 (Rev. 11/11) Criminal Complaint



This screenshot displays a portion of a 3D printer, and the message indicates that DEVELIN is using the 3D printer to manufacture two lowers for a customer.

AO 91 (Rev. 11/11) Criminal Complaint



This photo appears to depict 5 3D-printed AR-15 lowers.

AO 91 (Rev. 11/11) Criminal Complaint



The National Firearms Act (NFA) defines the specific types of firearms subject to the provisions of the Act, including machineguns, silencers, destructive devices, and more. The NFA imposes additional regulations on such firearms, beyond those applicable to other firearms. The attached photo appears to represent an "any other weapon" (AOW) due to the attachment of a foregrip to a handgun. This would "remanufacture" the weapon from a one-handed firearm to a two-handed firearm with an overall length under 26 inches. This makes the item an AOW under the NFA and as such subject to NFA regulations. Your affiant believes this photo is an example of DEVELIN's knowledge, capabilities, and expertise in creating illegal NFA weapons.

AO 91 (Rev. 11/11) Criminal Complaint



Your affiant believes this message thread displays some of the knowledge DEVELIN possesses regarding manufacturing privately made firearms and the supplies needed to do so.

AO 91 (Rev. 11/11) Criminal Complaint



This is text message correspondence between DEVELIN and another individual in reference to DEVELIN manufacturing and selling firearms to/for others.

AO 91 (Rev. 11/11) Criminal Complaint



This is the firearm DEVELIN referenced for sale/manufacture in the YouTube link above.



This is text message correspondence between DEVELIN and another individual in reference to DEVELIN manufacturing and selling 5 AR-15 lowers for/to others.

31

AO 91 (Rev. 11/11) Criminal Complaint



This is text message correspondence between DEVELIN and another individual in reference to DEVELIN manufacturing and selling a Glock 19 firearm.

AO 91 (Rev. 11/11) Criminal Complaint



DEVELIN references the fact that he will use his 3D printer for financial gains once it is fixed.



DEVELIN references the Discord chat group and selling "machine guns to felons and gangbangers."

AO 91 (Rev. 11/11) Criminal Complaint



This is text message correspondence between DEVELIN and another individual in reference to DEVELIN manufacturing and selling sears (machine guns) to/for others.

AO 91 (Rev. 11/11) Criminal Complaint



DEVELIN references that fact that he delivered the first of two AK rifles and has received money for them.



19. On November 8, 2021, DEVELIN posted the following photo of a 3D printed Claymore explosive device in the Discord chat group:



AO 91 (Rev. 11/11) Criminal Complaint

20. On March 28, 2022, DEVELIN and Person B participated in the following Telegram chat regarding a potential criminal case against DEVELIN and others. They discuss incriminating evidence and DEVELIN represents that he is hiding or destroying such evidence. The following screen shots captured the conversation prior to them being erased by the Telegram application, with messages from DEVELIN displayed on the right and messages from Person B displayed on the left:



AO 91 (Rev. 11/11) Criminal Complaint



AO 91 (Rev. 11/11) Criminal Complaint



AO 91 (Rev. 11/11) Criminal Complaint



AO 91 (Rev. 11/11) Criminal Complaint



AO 91 (Rev. 11/11) Criminal Complaint



AO 91 (Rev. 11/11) Criminal Complaint



AO 91 (Rev. 11/11) Criminal Complaint



AO 91 (Rev. 11/11) Criminal Complaint



21. Your affiant submitted several items that were seized from DEVELIN to the ATF Firearms Technology Criminal Branch. On June 7, 2022, the ATF Firearms Technology Criminal Branch rendered the official Report of Technical Examination of the items. The report made the following findings:

   a. An item seized from the property on Goshen Run, Chesterhill, Ohio, was a .40-caliber PMF bearing no serial number and made from a 3D printed material. Based on examination and a test fire, the item meets the legal definition of a "firearm" under 18 U.S.C. § 922(a)(3)(A) and (B).

   b. An item seized from the property on Goshen Run, Chesterhill, Ohio, was a 9x19mm caliber PMF bearing no serial number and made from a 3D printed material. Based on examination and a test fire, the item meets the legal definition of a "firearm" under 18 U.S.C. § 922(a)(3)(A) and (B).

   c. An item seized from the property on Goshen Run, Chesterhill, Ohio, was another 9x19mm caliber PMF bearing no serial number and made from a 3D printed material. Based on examination and a test fire, the item meets the legal definition of a "firearm" under 18 U.S.C. § 922(a)(3)(A) and (B).

46

AO 91 (Rev. 11/11) Criminal Complaint

d.  An item seized from DEVELIN's residence was another 9x19mm caliber PMF bearing no serial number and made from a Polymer80 brand kit. Based on examination and a test fire, the item meets the legal definition of a "firearm" under 18 U.S.C. § 922(a)(3)(A) and (B).

e.  Three items seized from DEVELIN's residence were homemade machinegun conversion devices for an AR-type firearm, made from two pieces of heavy gauge metal wire clothes hangers. The devices were designed and intended for use in converting semi-automatic AR-15 rifles into fully automatic machineguns. Because the three items were combinations of parts designed and intended for use in converting a weapon into a machinegun, each item qualifies as a "machinegun" as defined in 26 U.S.C. § 5845(b). Being machineguns, they are also each a "firearm" under the definition in 26 U.S.C. § 5845(a)(6). These items did not bear any manufacturer's marks of identification or serial numbers as required by law.

f.  One item seized from DEVELIN's residence was a 3D-printed Glock switch—that is, a machinegun conversion device for a Glock-type pistol. The device converts a semi-automatic Glock-type pistol into a fully automatic machinegun. Because the item was a combination of parts designed and intended for use in converting a weapon into a machinegun, it qualifies as a "machinegun" as defined in 26 U.S.C. § 5845(b). Being a machinegun, it is also a "firearm" under the definition in 26 U.S.C. § 5845(a)(6). The item did not bear any manufacturer's mark of identification or serial number as required by law.

22. On April 5, 2022, your affiant conducted a National Firearm Registration and Transfer Records check on DEVELIN which revealed that DEVELIN does not have any registered NFA weapons, to include the four classified machineguns. A Federal Firearms Licensee (FFL) check was also conducted on DEVELIN that showed that DEVELIN does not have and has not had a license to sell firearms.

23. During the search and arrest warrants at DEVELIN's residence on March 31, 2022, nine firearms were recovered from DEVELIN'S vehicle. In the vehicle, there were also ballistic plates, night vision goggles, a ballistic helmet, prep equipment and first aid equipment, and a large quantity of ammunition including several loaded magazines and a large container of rifle ammunition totaling nearly 1,000 rounds. Seventeen firearms were also recovered from the residence, along with multiple boxes full of ammunition which held hundreds of rounds of ammunition.

24. Your affiant states that the offenses occurred in the Southern District of Ohio.

AO 91 (Rev. 11/11) Criminal Complaint

25. Based upon the aforementioned information and events, and your affiant's training and experience in dealing with federal firearms violations, your affiant believes that probable cause exists to believe that on or around January 1, 2020 to March 31, 2022, Thomas M. DEVELIN, did knowingly violate 18 U.S.C. § 922(a)(1)(A) (Engaging in the Business Without a License (Firearms)), 18 U.S.C. § 922(o) (Illegal Possession of a Machine Gun), 26 U.S.C. § 5861(a) (Failure to Register as a Dealer, Manufacturer, or Importer, or to Pay Required Tax), 26 U.S.C. § 5861(c) (Receipt or Possession of Firearm Made in Violation of NFA), and 26 U.S.C. § 5861(f) (Make a Firearm in Violation of NFA).

*Aaron Green*
_____
Aaron Green, ATF Special Agent

Sworn to before me and signed in my presence.

_____                    _____
Honorable Chelsey M. Vascura                 6/28/2022
United States Magistrate Judge               Date

48