AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

FILED
RICHARD W. NAGEL
CLERK OF COURT

2022 JUN 29 AM 10: 50

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
EAST. DIV. COLUMBUS

United States of America
v.
THOMAS M. DEVELIN

Case No. 2:22-MJ-460

Defendant

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested) THOMAS M. DEVELIN,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☑ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 922(a)(1)(A)—Engaging in the Business Without a License (Firearms)
18 U.S.C. § 922(o)—Illegal Possession of a Machine Gun
26 U.S.C. § 5861(a)—Failure to Register as a Dealer, Manufacturer, or Importer, or to Pay Required Tax
26 U.S.C. § 5861(c)—Receipt or Possession of Firearm Made in Violation of NFA
26 U.S.C. § 5861(f)—Make a Firearm in Violation of NFA

Date: 6/28/2022

*Chelsey M. Vascura*
Chelsey M. Vascura
United States Magistrate Judge
Issuing officer's signature

City and state: Columbus, Ohio

Chelsey M. Vascura, U.S. Magistrate Judge
Printed name and title

### Return

This warrant was received on (date) 06/28/2022, and the person was arrested on (date) 06/29/2022
at (city and state) Columbus, Ohio.

Date: 06/29/2022

Arresting officer's signature

Aaron Green   ATF SA
Printed name and title