IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case No.  2:22-mj-460 |
| vs. | : | |
| THOMAS M. DEVELIN, | : | |
| Defendant. | : | |

**NOTICE OF APPEARANCE OF COUNSEL**
**ON BEHALF OF DEFENDANT, THOMAS M. DEVELIN**

Now comes Robert F. Krapenc (0040645), and hereby enters his appearance in the within matter as counsel of record.

                __/s/ Robert F. Krapenc_____
                ROBERT F. KRAPENC   (0040645)
                150 East Mound Street
                Suite 310
                Columbus, Ohio 43215
                Phone:  (614) 221-5252
                Fax:     (614) 224-7101
                Bob@Krapenclaw.com
                Attorney for Defendant

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing NOTICE has been delivered via electronic mail service to Counsel for all parties of record, this 4th day of July, 2022.

                __/s/ Robert F. Krapenc_____
                ROBERT F. KRAPENC   (0040645)
                Attorney for Defendant