United States District Court
Southern District of Ohio
Eastern Division at Columbus, Ohio

United States of America

-vs-                                                           Case No. 2:22-mj-460

Thomas M. Develin

COURTROOM MINUTES
Detention Hearing

|  | U.S. Magistrate Judge Kimberly A. Jolson | Date: | July 5, 2022 @ 3:00 p.m. |
|---|---|---|---|
| **Deputy Clerk** | Jessica Rector | **Counsel for Govt:** | Jessica Knight |
| **Court Reporter** | CourtSmart | **Counsel for Deft(s):** | Bob Krapenc |
| **Interpreter** |  | **Pretrial/Probation** | Leticia Vazquez-Villa |
| **Log In** | 2:58 p.m. | **Log Out** | 3:05 p.m. |

Defendant moves to continue the hearing so that Pretrial Services can prepare a report.

Hearing reset for 7/7/21 @ 1:00 p.m.

Defendant remanded to USMS.

Defendant objects to Government's request for a hearing.  The motion was previously granted by Magistrate Judge Vascura.